1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RONNIE CHEROKEE BROWN,                      1:19-cv-00166-SAB (PC)

12              Plaintiff,

13         v.                                     ORDER TRANSFERRING CASE TO THE
                                                  SACRAMENTO DIVISION OF THE
14    E. F. CASTRILLO, et al.,                    EASTERN DISTRICT OF CALIFORNIA

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19    § 1915.

20         In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21    violations took place at the California Medical Facility, Vacaville, in Solano County, which is

22    part of the Sacramento Division of the United States District Court for the Eastern District of

23    California. Therefore, the complaint should have been filed in the Sacramento Division.

24         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26    will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

27    proceed in forma pauperis.

28    ///

                                                  1

1

2       Good cause appearing, IT IS HEREBY ORDERED that:

3       1. This action is transferred to the United States District Court for the Eastern District of

4 California sitting in Sacramento; and

5       2. All future filings shall refer to the new Sacramento case number assigned and shall be

6 filed at:

7                United States District Court
                Eastern District of California
8                 501 "I" Street, Suite 4-200
                Sacramento, CA 95814
9

10       3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

11

12 IT IS SO ORDERED.

13 Dated:   **February 7, 2019**

                                  UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28